**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHRISTOPHER K. LANDIS, : No. 664 MAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRENNTAG NORTHEAST, INC., :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.